UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Charles T. C.,<br>    Plaintiff<br><br>v.<br><br>Social Security Administration<br>Commissioner,<br>    Defendant | Civil No. 1:19-cv-00564-NT |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On September 7, 2020, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision (ECF No. 20). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby ADOPTED and the Commissioner's decision is AFFIRMED.

SO ORDERED.


Dated: September 28, 2020      /s/ Nancy Torresen
                                                        U.S. District Judge